

# Fourth Court of Appeals
## San Antonio, Texas

January 19, 2017

No. 04-16-00475-CR

Dominique **GREEN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR7880
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Appellant's brief was originally due on December 12, 2016. This Court granted appellant a thirty-day extension of time to January 12, 2017. Appellant now files a second motion requesting another forty five-day extension of time to February 27, 2017.

It is ORDERED the motion is GRANTED in part. Appellant must file the brief on or before Monday February 13, 2017. This extension extends appellant's deadline to 60 days after the original brief was due. For this reason, NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of January, 2017.



Keith E. Hottle
Clerk of Court